# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VAu 1-510-355**
Effective Date of Registration:
November 03, 2023
Registration Decision Date:
November 04, 2023

## Title

**Title of Work:** Holy Family Hearts: Jesus, Joseph, Mary and 3 Other Unpublished Works

**Content Title:** Holy Family Hearts: Jesus, Joseph, Mary
Holy Family Hearts: Jesus, Mary, Joseph
Holy Family Hearts: Joseph, Mary, Jesus
Holy Family Hearts: Mary, Joseph, Jesus

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Priscilla Durant
  **Author Created:** Jewelry Designs
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1987

## Copyright Claimant

**Copyright Claimant:** Priscilla Durant
25261 Bentley, Laguna Hills, CA, 92653, United States

## Rights and Permissions

**Name:** Priscilla Durant
**Email:** hi@thelittlecatholic.com
**Telephone:** (626)446-6265

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 2-209-979**
Effective Date of Registration:
June 02, 2020
Registration Decision Date:
July 15, 2020

## Title
- **Title of Work:** Holy Family Hearts

## Completion/Publication
- **Year of Completion:** 2020
- **Date of 1st Publication:** May 31, 2020
- **Nation of 1st Publication:** United States

## Author
- **Author:** Priscilla C Huerta
- **Author Created:** jewelry design
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1987

## Copyright Claimant
- **Copyright Claimant:** Priscilla C Huerta
  1805 Paseo Azul, Rowland Heights, CA, 91748-2522, United States

## Rights and Permissions
- **Organization Name:** The Little Catholic
- **Name:** Priscilla c Huerta
- **Email:** hi@thelittlecatholic.com
- **Telephone:** (626)230-2610
- **Address:** 1805 Paseo Azul
  Rowland Heights, CA 91748-2522 United States

## Certification

Page 1 of 2



Name: Priscilla Huerta
Date: June 02, 2020

Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-417-051**

Effective Date of Registration:
October 02, 2024
Registration Decision Date:
October 09, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: September 12, 2021 to September 12, 2021

### Title

**Title of Group:** Mother Mary Necklace in Blue
**Number of Photographs in Group:** 11

- **Individual Photographs:** Mother Mary Necklace in Blue with Two Fingers, Mother Mary Necklace in Blue with Chin, Mother Mary Necklace in Blue and Holy Family Hearts Ring with Michelle, Mother Mary Necklace in Blue on Marble Angled, Mother Mary Necklace in Blue with Dime, Mother Mary Necklace in Blue with Smile, Mother Mary Necklace in Blue with Michelle, Mother Mary Necklace in Blue with Two Daisies, Mother Mary Necklace in Blue on Marble Straight On, Mother Mary Necklace in Blue on Blue Striped Linen, Mother Mary Necklace in White Pink Blue

**Published:** September 2021

### Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** September 12, 2021
**Latest Publication Date in Group:** September 12, 2021
**Nation of First Publication:** United States

### Author

- **Author:** The Little Catholic, LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

Page 1 of 2

| | |
|---|---|
| Copyright Claimant: | The Little Catholic, LLC<br>25261 Bentley, Laguna Hills, CA, 91748, United States |

**Rights and Permissions**

| | |
|---|---|
| Name: | Priscilla Durant |
| Email: | hi@thelittlecatholic.com |
| Telephone: | (626)230-2610 |

**Certification**

| | |
|---|---|
| Name: | Emily Kearney |
| Date: | September 27, 2024 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |