# Exhibit C

guadalupegifts.com

# Guadalupe Gifts
SHARE YOUR FAITH

Search...

Home /

# Gold Vermeil Three Hearts of the Holy Family 18"

☆☆☆☆☆ Write a review

SKU: AU-MMN523Y



Hi there 👋 If you need any assistance, I'm always here.

Enter your message...

Price

Privacy - Terms

