**Exhibit D**

**From:** "Guadalupe Gifts" <store+29132587148@t.shopifyemail.com>
**To:** "catherspy@aol.com" <catherspy@aol.com>
**Sent:** Fri, Sep 27, 2024 at 4:16 PM
**Subject:** Order #2769 confirmed

# Guadalupe_Gifts

Order #2769

## Thank you for your purchase!

Hi Shera, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order
or Visit our store

## Order summary

 **Gold Vermeil Three Hearts of the Holy Family 18" × 1**  $45.00

| | |
|---|---|
| Subtotal | **$45.00** |
| Shipping | **$0.00** |
| Taxes | **$0.00** |
| Total | **$45.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| Shera Cather | Shera Cather |
| 8502 E CHAPMAN AVE | 8502 E CHAPMAN AVE |
| # 120 | # 120 |
| Orange CA 92869 | Orange CA 92869 |
| United States | United States |

**Shipping method**

Economy

If you have any questions, reply to this email or contact us at info@guadalupegifts.com